Dec. (E. S.)        THOMAS's Ex'x. vs. DENNING, use of PAGE.

The admissions of the assignor of a bond, made subsequent to the assignment, of payments in part of the bond having been made to him, are admissible in evidence.

APPEAL from *Kent* County Court. Action of debt, brought on the 18th of April 1804, on a bond executed by the testator of the defendant, (now appellant,) to the plaintiff *Denning*, (now appellee,) on the 22d of September 1792, conditioned for the payment of £400 current money on the 1st of January 1796, with interest from the 1st of January 1793. The defendant pleaded payment. At the trial the defendant produced an account stated between *Denning* and the defendant's testator, in which the former was charged with sundry sums of money due to the latter, commencing on the 1st of January 1793, and ending on the 1st of January 1794, and credit given on the 1st of January 1793, of a bond for £300, and interest thereon to the 1st of January 1794; also with a bond in October 1792, with interest from the 1st of January 1793, and payable the 1st of January 1796, for £400, and also with the interest thereon from the 1st of January 1793, to the 1st of January 1794, leaving a balance due on that account from *Thomas* to *Denning* of £73 11 9¼, to which account was the following acknowledgment, signed by *Denning* (and proved to be his handwriting,) on the 2d of.

September 1794, "I do hereby acknowledge the above and within statement to be just and true, and the several sums of money herein stated to have been paid by *William Thomas*, I acknowledge to be right and agreeable to my several orders drawn on him, which said orders were drawn by me previous to my assigning his bonds, herein credited, to Mrs. *Mary Woodland;* and that I have received no money, nor drawn any orders on him on account of the said bonds, since the assignment of said bonds to the said *Mary Woodland.*" The plaintiff then produced the original bond, which had not been filed in the cause, but gave no evidence of the assignment upon the same, signed *George Denning*, and objected to the said paper containing the said account, and the receipt of the same, going in evidence to the jury. And the Court, [*Earle*, Ch. J. and *Worrell*, A. J.] were of opinion, that the same was not proper and admissible evidence to go to the jury, being of opinion that the admissions of the assignor, made subsequent to the assignment, as evidenced in the acknowledgment itself, of payments made to him, ought not to be received as testimony to the prejudice of the rights of the assignee. The defendant excepted; and the verdict and judgment being against her, she appealed to this court

The cause was argued before POLK, NICHOLSON, and JOHNSON, J,

*Carmichael* and *Murray*, for the Appellant, contended, 1. That there was no sufficient evidence of the assignment of the bond to *Woodland*, under whom *Page* claimed. 2. The declarations of *Denning* were evidence. They cited *Chitty's Plead.* 6. *Bauerman vs. Radenius*, 7 T. R. 662; and *Peake's Evid.* 164.

*Houston* and *Barroll*, for the Appellee.

JUDGMENT REVERSED.